UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAY JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-CV-323 |
| ) | (Phillips) |
| BELLSOUTH TELECOMMUNICATIONS, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendant BellSouth Telecommunications, Inc. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Jay Johnson take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendant BellSouth Telecommunications, Inc., recover of the plaintiff Jay Johnson its costs of action.

The trial scheduled for May 1, 2012 is **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of March, 2012.

**ENTER:**

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT

   s/ Thomas W. Phillips   
United States District Judge

Case 3:09-cv-00323   Document 23   Filed 03/14/12   Page 1 of 1   PageID #: 674